1  **McGUIREWOODS, LLP**
   Anthony Q. Le (SBN 300660)
2  ale@mcguirewoods.com
   Two Embarcadero Center, Suite 1300
3  San Francisco, CA 94111-3821
4  Telephone: 415.844.9944
   Facsimile: 415.844.9922
5
   **McGUIREWOODS, LLP**
6  K. Issac deVyver (*pro hac vice* forthcoming)
7  Benjamin J. Sitter (SBN 273394)
   Joy D. Llaguno (SBN 311867)
8  260 Forbes Avenue, Suite 1800
   Pittsburgh, Pennsylvania 15222
9  Telephone: 412.667.6000
   Facsimile: 412.667.6050
10
11 Attorneys for Defendant Santander
   Consumer USA Inc.

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
519 W. 7th St.
Little Rock, AR 72201
Telephone: 501.312.8500
Facsimile: 501.312.8505

Attorney for Plaintiffs
Robert and Amy Price

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T PRICE and AMY PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SANTANDER CONSUMER USA INC.,<br><br>Defendant. | CASE NO. 2:20-cv-00340-TLN-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO COMPEL ARBITRATION**<br><br>Complaint Filed: November 19, 2019<br><br>Hon. Troy L. Nunley |

JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON
MOTION TO COMPEL ARBITRATION

Plaintiffs Robert T. Price and Amy Price ("Plaintiffs") and Defendant Santander Consumer USA Inc. ("SC"), by and through their respective undersigned counsel of record, filed a joint stipulation to modify the briefing schedule and hearing date on SC's Motion to Compel Arbitration, or, in the Alternative, Strike Class Allegations. Good cause appearing, the Court hereby **GRANTS** Plaintiffs and SC's stipulation and orders that the Parties briefing schedule and hearing date be **MODIFIED** as follows:

| Event | Current deadline/date | Revised deadline/date |
|---|---|---|
| Plaintiffs' Opposition to Motion | April 2, 2020 | **April 10, 2020** |
| SC's Reply to Motion | April 9, 2020 | **April 29, 2020** |
| Hearing on Motion | April 16, 2020 | **May 14, 2020, at 2:00 PM** |

**IT IS SO ORDERED.**

DATED: March 17, 2020

Troy L. Nunley
United States District Judge

2
ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND
HEARING DATE ON MOTION TO COMPEL ARBITRATION

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2020, I electronically filed the foregoing document entitled **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO COMPEL ARBITRATION** with the Clerk of the Court for the United States District Court, Eastern District of California using the CM/ECF system and served a copy of the foregoing document upon all counsel of record via the Court's electronic filing system or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

**CARNEY BATES & PULLIAM, PLLC**
Hank Bates (SBN 167688)
hbates@cbplaw.com
519 W. 7th St.
Little Rock, AR 72201

Attorneys for Plaintiffs

Dated: March 17, 2020                By:*/s/ Anthony Q. Le*
                                          Anthony Q. Le